UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.  07-25M |
| ) | |
| v. ) | |
| ) | |
| GUADALUPE SANTANA ) | DETENTION ORDER |
| MARTINEZ, ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Offenses charged in the Northern District of Texas:

    Conspiracy to Commit Offense or to Defraud the United States, in violation of Title 18, U.S.C., Section 371;

    Fraud and Related Activities in Connection with Access Devices, in violation of Title 18, U.S.C., Section 10:30; and

    Fraud and Related Activity in Connection with Computers, in violation of Title 18, U.S.C., Section 1029.

Date of Detention Hearing:  January 24, 2007

    The Court conducted both a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f) and a preliminary Rule 5(c)(3) inquiry.  The defendant waived his rights to a full Rule 5(c)(3)(D) hearing and the Court signed an order of transfer to the originating district court of the Northern District of Texas to answer the charges.

    The detention hearing was contested, and the defendant may re-open the matter of detention in the Northern District of Texas.  The Court finds that, based upon the factual findings and statement of reasons for detention hereafter set forth, no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the

DETENTION ORDER
PAGE -1-

community. The Government was represented by William Redkey. The defendant was represented by Carol Koller.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Based upon the Complaint, the nature of this offense is highly unusual, in that, it involves malicious calls to local police departments. These calls are characterized in such a way as to trigger the "SWAT" team of police officers, highly trained and armed with lethal and exceptional weaponry. These officers go to a specific residence only to learn that there is no "emergency" or need for their response. These calls are alleged to have been done for monetary gain and have the impact of causing great emotional distress and harassment. State charges of harassment have arisen and are un-adjudicated as of today's date. These facts demonstrate that the defendant poses a risk of danger to the community.

(2) The Washington state court record established by this defendant includes a consistent pattern of warrants for failure to appear, along with a series of misdemeanor charges of similar nature, such as making false statements to an officer, and failure to obey an officer. Among the allegations found in the Complaint is the assertion that the Defendant participates in a "chat-room" on the internet where his knowledge of the harassment charges in state court is known and lawful authorities are laughed at. Although it is argued that the chat-room members may be involved in the conspiracy charge, what is relevant is that a member of the alleged conspiracy was interviewed by law enforcement and corroborated that the offense was done for monetary gain. Moreover, that the defendant was aware of authorities seeking his arrest. Lastly, it is argued that one sister is willing to provide a residence for the defendant, yet she is aware of the knowledge

that he was fleeing arrest.  The defendant is therefore viewed as a flight risk.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.  <u>A separate order of transfer has been issued and filed in this court.</u>

**It is therefore ORDERED:**

(l)  Defendant shall be detained pending trial and committed to the custody of the  Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of January, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge